IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:10-CR-00092 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| DEREK L. WALTZ, | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on Defendant Derek L. Waltz's Motion for Early Termination of Supervised Release. (Dkt. 18). Waltz is currently serving a three-year term of supervised release. Waltz pled guilty to conspiracy to manufacture more than 100 marijuana plants under 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vii), and 846. Waltz was sentenced to one-month incarceration, a four-year term of supervised release, a special 11-month period of home confinement with electronic monitoring, and a $100 assessment. Defendant voluntarily surrendered to the U.S. Marshall's office and served his term of imprisonment.

The Court has the authority under 18 U.S.C. § 3583(e)(1) to "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release," after considering the factors for determining sentence set forth in Section 3553(a). These factors include: the "nature and circumstances of the offense and the history and characteristics of the defendant, " as well as the "need for the sentence imposed to reflect the seriousness of the offense; to promote respect for the law and provide just punishment for the offense; to afford adequate deterrence to criminal conduct; to protect the public from

further crimes of the defendant; and to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner." 18 U.S.C. § 3553(a).

Upon consideration of the Section 3553(a) factors, the Court finds Waltz's request for early termination of supervised release to be appropriate. Waltz has completed more than one year of his supervised release term and thus is eligible for early termination. 18 U.S.C. § 3583(e)(1). The Government has represented to the Court that it does not oppose Waltz's request for early termination. Waltz's probation officer reports that Waltz is a good candidate for early termination, and supports the motion as well. Further, Waltz has complied with all of the requirements of his release and supervision, paid his assessment fees in full, obtained employment, and attended all of his scheduled officer meetings.

Upon the Court's consideration herein of the Section 3553(a) sentencing factors, Waltz's Motion is **GRANTED**, and his term of supervised release is hereby **TERMINATED.**

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

**Dated: August 1, 2012**